IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**CHARLES EDWARD JONES, SR.**                                  **PETITIONER**

**V.**                  **CASE NO. 5:17-CV-183-JLH-BD**

**WENDY KELLEY**                                                **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After careful consideration of the Recommendation and Jones's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects. The case is DISMISSED, without prejudice.

IT IS SO ORDERED this 11th day of January, 2018.

_____
UNITED STATES DISTRICT JUDGE